*906 Contrary to the People’s contention, the defendant’s present challenge to the showup identification procedure as unduly suggestive was preserved by the issues raised at the pretrial suppression hearing (see People v Ortiz, 90 NY2d 533, 537 [1997]; People v Chipp, 75 NY2d 327, 335 [1990], cert denied 498 US 833 [1990]; People v Berry, 50 AD3d 1047, 1048 [2008]). However, the defendant’s contention that the showup identification procedure was unduly suggestive is without merit (see People v Lopez, 93 AD3d 808, 809 [2012]; People v Mais, 71 AD3d 1163, 1165 [2010]; People v Parris, 70 AD3d 725, 726 [2010]; People v Berry, 50 AD3d at 1048; People v Guy, 47 AD3d 643, 643 [2008]; People v Samuels, 39 AD3d 569, 570 [2007]; People v Leon, 265 AD2d 344, 345 [1999]). Mastro, J.P., Lott, Roman and Cohen, JJ., concur.